# United States District Court
# Western District of North Carolina
# Charlotte Division

| Kevin Fonseca, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
|  | ) |  |
| Plaintiff(s), | ) | 3:21-cv-00452-RJC-DSC |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| American Red Cross, et al | ) |  |
| Defendant(s). | ) |  |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 19, 2022 Order.

April 19, 2022

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court